# Exhibit A

F5.com    |    Support    |    Community    |    Partners    |    MYF5

 **AskF5**   Knowledge Centers    Resources    My Support

AskF5 Home  /  Knowledge Center  /  BIG-IP  /  BIG-IP Local Traffic Management: Basics  /  About Traffic Classes



**Manual Chapter** : About Traffic Classes

**Applies To:**

Show Versions ☐



# About Traffic Classes

## About traffic classes

The BIG-IP® system includes a feature known as traffic classes. A traffic class is a feature that you can use when implementing optimization profiles for modules such as the Application Acceleration Manager™.

A *traffic class* allows you to classify traffic according to a set of criteria that you define, such as source and destination IP addresses. In creating the traffic class, you define not only classification criteria, but also a classification ID. Once you have defined the traffic class and assigned the class to a virtual server, the system associates the *classification ID* to each traffic flow. In this way, the system can regulate the flow of traffic based on that classification.

When attempting to match traffic flows to a traffic class, the system uses the most specific match possible.

## Creating a traffic class

By creating a traffic class and assigning it to a virtual server, you can classify traffic according to a set of criteria that you specify.

1. On the Main tab, click **Local Traffic › Traffic Class**.

2. Click the **Create** button.

3. In the **Name** field, type a name for the traffic class.
   Traffic class names are case-sensitive and can contain letters, numbers, and underscores (_) only.

4. In the **Classification** field, type a text string that the system applies to data flows that match the traffic-class criteria.
   When values from a traffic flow match the criteria specified on this screen, the system tags the traffic flow with this classification value.

5. In the **Source Address** field, type an IP address for the system to match against incoming traffic.

6. For the **Source Mask** field, type a network mask for the specified source address.

7. For the **Source Port** setting, type a port number in the field or select a port name from the list.
   If you select a port name from the list, the system displays the corresponding port number in the text field.

8. In the **Destination Address** field, type an IP address for the system to match against the traffic destination.

9. For the **Destination Mask** field, type a network mask for the specified destination address.

10. For the **Destination Port** setting, type a port number in the field or select a port name from the list.
    If you select a port name from the list, the system displays the corresponding port number in the text field.

11. For the **IP Protocol** setting, type a protocol number in the field or select a protocol name from the list.
    If you select a protocol name from the list, the system displays the corresponding protocol number in the text field.

12. Click the **Finished** button.

After you define the traffic class and assign the class to a virtual server, the system associates the corresponding classification ID to traffic flows that match the specified criteria. In this way, the system can regulate the flow of traffic based on that classification.

**Have a Question?**

Support and Sales >

**Follow Us**



## About F5

Corporate Information
Newsroom
Investor Relations
Careers
About AskF5

## Education

Training
Certification
F5 University
Free Online Training

## F5 Sites

F5.com
DevCentral
Support Portal
Partner Central
F5 Labs

## Support Tasks

Read Support Policies
Create Service Request
Leave feedback [+]

©2020 F5, Inc. All rights reserved.   Policies   Privacy   Trademarks