# Exhibit E

F5.COM | GITHUB | DEVCENTRAL | SUPPORT

 Products   APIs   Cloud & Container   Resources

**0.9.1**

- iApps Home
- iControlREST Home
- iControl (SOAP) Home
- ▼ iRules Home
  - BIG-IP Commands and Events by Version
  - GLOBAL
  - AAA
  - ACCESS
  - ACL
  - ADAPT
  - ADM
  - AES
  - ANTIFRAUD

Clouddocs >> iRules Home

# iRules Home

Welcome to the iRules wiki! An iRule is a powerful and flexible feature within the BIG-IP® local traffic management (LTM) system that you can use to manage your network traffic. The iRulesTM feature not only allows you to select pools based on header data, but also allows you to direct traffic by searching on any type of content data that you define. Thus, the iRules feature significantly enhances your ability to customize your content switching to suit your exact needs.

## Get Started with iRules

If you're new to iRules, DevCentral, Wikis, or all three, and are looking for a good place to get started, here are a few recommendations.

- 20 lines or less - Article series featuring iRules comprised of 20 lines or less
- Getting Started with iRules - Article series on iRules basics
- Intermediate iRules - Article series on iRules intermediate concepts
- Advanced iRules - Article series on iRules advanced concepts

## Reference Topics

Here's a list of some reference information that you can use to help you with all of your iRules needs. Note that these are available from most Wiki pages in the navigation pane to the left of the screen.

- BIG-IP Commands and Events by Version - These pages list the changes to iRules in each version.
- Master List of Commands - Documentation for iRules Commands.
- Disabled Tcl Commands - List of core TCL commands that are disabled within iRules.
- iRules Common Concepts - This section is designed to cover some of the more commonly seen concepts that appear in different iRules. This list is by no means all-inclusive.
- iRules Troubleshooting Tips - iRules Troubleshooting Tips
- iRules Procedures (procs) - Procedures Overview

## Codeshare

If you are looking to move beyond–or simply bypass–the theory and would like to find complex examples to reference, be sure to check out the CodeShare to find a plethora of ways to put iRules to work.

*The BIG-IP API Reference documentation contains community-contributed content. F5 does not monitor or control community code contributions. We make no guarantees or warranties regarding the available code, and it may contain errors, defects, bugs, inaccuracies, or security vulnerabilities. Your access to and use of any code available in the BIG-IP API reference guides is solely at your own risk.*

← Previous                                                                 Next →

---

### ABOUT F5
- Corporate Information
- Newsroom
- Investor Relations
- MYF5
- Contact Information
- Certifications

### EDUCATION
- Training
- Certification
- LearnF5
- Free Online Training

### F5 SITES
- F5.com
- DevCentral
- Support Portal
- Partner Central
- F5 Labs

### SUPPORT TASKS
- Read Support Policies
- Create Service Request
- Leave feedback [+]

**CONNECT WITH US**

   

©2020 F5, Inc. All rights reserved. | Policies | Privacy Policy | Terms of Use | Trademarks |