UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No.<br><br>**PLAINTIFF'S 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

PLAINTIFF'S 7.1 DISCLOSURE STATEMENT- 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Dated: January 29, 2021 | By: *s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>bmarks-dias@corrcronin.com<br>Eric A. Lindberg, WSBA No. 43596<br>elindberg@corrcronin.com<br>**CORR CRONIN LLP**<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>Telephone: (206) 625-8600<br><br>Jonathan K. Waldrop (CA Bar No. 297903)<br>(*Pro hac vice* forthcoming)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (CA Bar No. 309474)<br>(*Pro hac vice* forthcoming)<br>djones@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361)<br>(*Pro hac vice* forthcoming)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850)<br>(*Pro hac vice* forthcoming)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686)<br>(*Pro hac vice* forthcoming)<br>hkim@kasowitz.com<br>Jack Shaw (CA Bar No. 309382)<br>(*Pro hac vice* forthcoming)<br>jshaw@kasowitz.com<br>ThucMinh Nguyen (CA Bar No. 304382)<br>(*Pro hac vice* forthcoming)<br>tnguyen@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br><br>Paul G. Williams (GA Bar No. 764925)<br>(*Pro hac vice* forthcoming)<br>pwilliams@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, Georgia 30309<br>Telephone: (404) 260-6080<br><br>**Attorneys for Plaintiff**<br>**WSOU INVESTMENTS, LLC d/b/a**<br>**BRAZOS LICENSING AND**<br>**DEVELOPMENT** |


PLAINTIFF'S 7.1 DISCLOSURE STATEMENT- 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christy A. Nelson*
Christy A. Nelson

PLAINTIFF'S 7.1 DISCLOSURE STATEMENT- 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900