UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

February 1, 2021

**WSOU INVESTMENTS LLC V. F5 NETWORKS INC**
Case # 2:21–cv–00123–RSM

The Court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Jury Demand Improperly Indicated**
> Pursuant to LCR 38(b) and in accordance with FRCP 7, the words JURY DEMAND shall be typed in capital letters on the first page immediately below the name of the pleading, to the right of the name of the case. The Clerk has removed the Jury Demand flag as entered by the filer. In order to properly advise the court of this request, counsel must file a separate Jury Demand using the event "Jury Demand " found under the "Other Documents" category.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file