HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                Plaintiff,<br><br>   v.<br><br>F5 NETWORKS, INC.,<br><br>                Defendant. | No.  2:21-cv-00123-RSM<br><br>**PLAINTIFF'S JURY DEMAND** |

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby elects to have all claims and issues in this matter tried by a jury.

DATED this 3rd day of February, 2021.

                              CORR CRONIN LLP

                              *s/ Blake Marks-Dias*
                              Blake Marks-Dias, WSBA No. 28169
                              Eric A. Lindberg, WSBA No. 43596
                              1001 Fourth Avenue, Suite 3900
                              Seattle, Washington  98154
                              (206) 625-8600 Phone
                              (206) 625-0900 Fax
                              bmarksdias@corrcronin.com
                              elindberg@corrcronin.com

                              Jonathan K. Waldrop (Admitted *Pro Hac Vice*)
                              jwaldrop@kasowitz.com
                              Darcy L. Jones (Admitted *Pro Hac Vice*)
                              djones@kasowitz.com
                              Marcus A. Barber (Admitted *Pro Hac Vice*)
                              mbarber@kasowitz.com

PLAINTIFF'S JURY DEMAND - 1
(CASE NO. 2:21-cv-00123-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | John W. Downing (Admitted *Pro Hac Vice*) |
| | jdowning@kasowitz.com |
| 2 | Heather S. Kim (Admitted *Pro Hac Vice*) |
| | hkim@kasowitz.com |
| 3 | Jack Shaw (Admitted *Pro Hac Vice*) |
| | jshaw@kasowitz.com |
| 4 | ThucMinh Nguyen (Admitted *Pro Hac Vice*) |
| | tnguyen@kasowitz.com |
| 5 | KASOWITZ BENSON TORRES LLP |
| | 333 Twin Dolphin Drive, Suite 200 |
| 6 | Redwood Shores, CA  94065 |
| | Telephone: (650) 453-5170 |

Paul G. Williams (Admitted *Pro Hac Vice*)
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080

*Attorneys for Plaintiff*

PLAINTIFF'S JURY DEMAND - 2
(CASE NO. 2:21-cv-00123-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900