THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS LLC, dba BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:21-cv-00123-RSM<br><br>**F5 NETWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, F5 Networks, Inc., by and through its attorney, states as follows:  F5 Networks, Inc. has no parent company.  No publicly-held corporation owns 10% or more of F5 Networks, Inc.

Dated: February 9, 2021.

PERKINS COIE LLP

By: */s/Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Tel:  206.359.8000/Fax: 206.359.9000
Email: RAlSalam@perkinscoie.com
Attorneys for Defendant

F5 NETWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT – 1
(No. 2:21-cv-00123-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2021, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam

F5 NETWORKS, INC.'S CORPORATE DISCLOSURE
STATEMENT – 2
(No. 2:21-cv-00123-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000