THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS LLC, dba BRAZOS LICENSING AND DEVELOPMENT<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:21-cv-00123-RSM<br><br>**NOTICE OF APPEARANCE OF STEVAN R. STARK** |

PLEASE TAKE NOTICE that Stevan R. Stark, attorney at the law firm of Perkins Coie LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101, email address SStark@perkinscoie.com, telephone (206) 359-8000, appears in this matter on behalf of Defendant F5 Networks, Inc. as counsel.

Dated: February 9, 2021.

PERKINS COIE LLP

By: */s/ Stevan R. Stark*
Stevan R. Stark, WSBA No. 39639
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000/Fax: 206.359.9000
Email: SStark@perkinscoie.com
Attorneys for Defendant

NOTICE OF APPEARANCE OF
STEVAN R. STARK – 1
(No. 2:21-cv-00123-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2021, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

> */s/ Stevan R. Stark*
> Stevan R. Stark

NOTICE OF APPEARANCE OF
STEVAN R. STARK – 2
(No. 2:21-cv-00123-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000