HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, a Delaware limited liability company,

Plaintiff,

v.

F5 NETWORKS, INC., a Washington Corporation,

Defendant.

No. 2:21-cv-00123-BJR

**ANSWER TO COUNTERCLAIMS**

Plaintiff and Counter-Defendant WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") by and through its counsel of record, hereby submits its Answer in response to the allegations set forth in Defendant F5 Networks, Inc.'s ("F5") Counterclaims (Dkt. 35) ("Counterclaims") as follows:

**GENERAL DENIAL**

Unless specifically admitted below, WSOU denies each and every allegation in the Counterclaims.

**The Parties**

1. WSOU admits the allegations of paragraph 1 on information and belief.

2. WSOU states that it is a Delaware limited liability company, and admits that its

PLAINTIFF'S ANSWER TO COUNTERCLAIMS– 1
(CASE NO. 2:21-cv-00123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

principal place of business is located at 605 Austin Avenue, Suite 6, Waco, Texas 76701. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 2.

## Jurisdiction and Venue

3. WSOU admits that the Counterclaims purport to arise under the patent laws of the United States. WSOU admits that this Court has subject matter jurisdiction over the Counterclaims. Except as expressly admitted, WSOU denies the allegations of paragraph 3.

4. WSOU admits that it is subject to personal jurisdiction in this Court. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 4.

5. WSOU admits that venue is proper in this District. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 5.

## COUNT I

### Declaration of Non-Infringement of the '000 Patent

6. WSOU admits that an actual and justiciable controversy exists between F5 and WSOU. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 6.

7. WSOU denies the allegations of paragraph 7.

8. WSOU admits that F5 purports to seek a declaration of non-infringement of the '000 Patent. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 8.

## COUNT II

### Declaration of Invalidity of the '000 Patent

9. WSOU admits that an actual and justiciable controversy exists between F5 and WSOU. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 9.

10. WSOU denies the allegations of paragraph 10.

11. WSOU admits that F5 purports to seek a declaration of invalidity of the '000 Patent. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 11.

PLAINTIFF'S ANSWER TO COUNTERCLAIMS– 2
(CASE NO. 2:21-cv-00123-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## JURY DEMAND

WSOU demands a jury trial on all issues raised by F5's Counterclaims.

## PRAYER FOR RELIEF

WSOU hereby incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.  WSOU denies that F5 is entitled to the relief requested in paragraphs a-g of its Prayer for Relief and denies the allegations therein.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarks-dias@corrcronin.com
elindberg@corrcronin.com

Jonathan K. Waldrop  (Admitted *pro hac vice*)
jwaldrop@kasowitz.com
Darcy L. Jones  (Admitted *pro hac vice*)
djones@kasowitz.com
Marcus A. Barber (Admitted *pro hac vice*)
mbarber@kasowitz.com
John W. Downing  (Admitted *pro hac vice*)
jdowning@kasowitz.com
Heather S. Kim (Admitted *pro hac vice*)
hkim@kasowitz.com
Jack Shaw  (Admitted *pro hac vice*)
jshaw@kasowitz.com
ThucMinh Nguyen (Admitted *pro hac vice*)
tnguyen@kasowitz.com
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170

Paul G. Williams (Admitted *pro hac vice*)
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445

PLAINTIFF'S ANSWER TO COUNTERCLAIMS– 3
(CASE NO. 2:21-cv-00123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Atlanta, Georgia 30309
Telephone: (404) 260-6080

*Attorneys for Plaintiff*

PLAINTIFF'S ANSWER TO COUNTERCLAIMS– 4
(CASE NO. 2:21-cv-00123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Christy A. Nelson*
Christy A. Nelson

PLAINTIFF'S ANSWER TO COUNTERCLAIMS– 5
(CASE NO. 2:21-cv-00123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1780 00001 lc195w084f