UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS LLC b/d/a BRAZOS LICENSING AND DEVELOPMENT, a Delaware limited limited liability company,<br><br>                *Plaintiff*,<br><br>    v.<br><br>F5 NETWORKS, INC, a Washington corporation,<br><br>                *Defendant*. | CASE NOs. 2:2:20-cv-01878-BJR; 2:21-cv-00123-BJR; 2:21-cv-00124-BJR; 2:21-cv-00125-BJR; 2:21-cv-00126-BJR<br><br>ORDER ON JOINT MOTION TO MODIFY ORDER SETTING TRIAL DATES AND RELATED DATES |

Before the Court is the Parties' Joint Motion to Modify Order Setting Trial Dates and Related Dates. Dkt. No. 63. The Court hereby GRANTS the Motion and sets the following deadlines:

| Event | Deadline |
|---|---|
| Preliminary infringement contentions and disclosure of asserted claims | April 27, 2021 |
| Deadline for joining additional parties | May 12, 2021 |
| Deadline for filing amended pleadings | May 24, 2021 |
| Disclosure of preliminary invalidity contentions and non-infringement contentions | June 17, 2021 |
| Document production accompanying invalidity contentions | June 17, 2021 |
| Proposed terms for construction | July 15, 2021 |

1

| Preliminary claim chart [Exchange of Preliminary Claim Construction and Extrinsic Evidence] | August 19, 2021 |
|---|---|
| Joint claim chart and prehearing statement | September 30, 2021 |
| Reports from expert witnesses regarding Markman issues due | September 30, 2021 |
| Rebuttal expert reports regarding Markman issues due | October 28, 2021 |
| Completion of claim construction discovery | November 11, 2021 |
| Opening claim construction briefs due | November 23, 2021 |
| Responsive claim construction briefs due | December 2, 2021 |
| Markman hearing | December 22, 2021 |
| Discovery completed by [Close of Fact Discovery] | January 6, 2022 |
| Reports from expert witnesses under FRCP 26(a)(2) due [Opening Expert Reports] | February 3, 2022 |
| Rebuttal Expert Reports | March 3, 2022 |
| Close of Expert Discovery | March 17, 2022 |
| All dispositive and Daubert motions must be filed by | April 7, 2022 |
| Oppositions to dispositive and Daubert motions | April 28, 2022 |
| Replies in support of dispositive and Daubert motions | May 12, 2022 |
| All Motions in Limine must be filed by | August 1, 2022 |
| Joint Pretrial Statement | August 8, 2022 |
| Oppositions to Motions in Limine (no replies authorized unless ordered otherwise by the Court) | August 15, 2022 |
| Pretrial Conference | August 22, 2022 |
| Jury Trial (7 days) | August 29, 2022 |

DATED this 26th day of April 2021.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE