HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:21-cv-00123-BJR<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc.'s ("F5 Networks") (collectively, "Parties") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 29, 2021, WSOU filed a Complaint for Patent Infringement against F5 Networks alleging infringement of U.S. Patent No. 7,860,000 ("the '000 Patent") in the United States District Court for the Western District of Washington (Dkt. 1);

WHEREAS, on February 26, 2021, F5 Networks filed its Answer to the Complaint and Counterclaims (Dkt. 35); and

JOINT STIPULATION OF DISMISSAL - 1
(CASE NO. 21-cv-123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

WHEREAS, the Parties desire to resolve the above-entitled action.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between WSOU and F5 Networks through their respective undersigned counsel that:

- WSOU's claims for direct and indirect infringement of the '000 Patent against F5 Networks based solely on F5 Networks's BIG-IP Local Traffic Manager (LTM), BIG-IP Policy Enforcement Manager (PEM), BIG-IP iSeries Platform, and VIPRION Platform ("Accused Products") shall be dismissed WITH PREJUDICE;

- WSOU's claims for direct and indirect infringement of the '000 Patent that WSOU has or may have in the future, including any claims of past, present, or future infringement of the '000 Patent against F5 Networks and/or any of F5 Networks's affiliates, subsidiaries, customers, or partners with respect to any F5 Networks products and/or services other than the Accused Products shall be dismissed WITHOUT PREJUDICE;

- WSOU reserves and does not waive any rights or defenses as to WSOU's patent infringement claims against F5 Networks in other actions, including, but not limited to the claims concerning:  (1) U.S. Patent No. 7,953,884 in Case No. 2:20-cv-01878-BJR; (2) U.S. Patent No. 9,584,330 in Case No. 2:21-cv-00124-BJR; (3) U.S. Patent No. 8,248,940 in Case No. 2:21-cv-00125-BJR; and (4) U.S. Patent No. 7,548,945 in Case No. 2:21-cv-00126-BJR; and

- Each party will bear its own costs, expenses, and attorneys' fees.

JOINT STIPULATION OF DISMISSAL - 2
(CASE NO. 21-cv-123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Respectively submitted this 9th day of December, 2021

| | |
|---|---|
| By: *s/ Blake Marks-Dias* | By: *s/ Brent P. Ray (via email authorization)* |
| Blake Marks-Dias, WSBA No. 28169 | Ramsey M. Al-Salam, WSBA No. 18822 |
| Eric A. Lindberg, WSBA No. 43596 | Stevan R. Stark, WSBA No. 39639 |
| 1001 Fourth Avenue, Suite 3900 | PERKINS COIE LLP |
| Seattle, WA 98154 | 1201 Third Avenue, Suite 4900 |
| (206) 625-8600 Phone | Seattle, WA 98101-3099 |
| bmarks-dias@corrcronin.com | Telephone: (206) 359-8000 |
| elindberg@corrcronin.com | RAlSalam@perkinscoie.com |
| | SStark@perkinscoie.com |
| Jonathan K. Waldrop (Admitted *Pro Hac Vice*) | |
| jwaldrop@kasowitz.com | Stephen Baskin (Admitted *Pro Hac Vice*) |
| Darcy L. Jones (Admitted *Pro Hac Vice*) | Patrick Lafferty (Admitted *Pro Hac Vice*) |
| djones@kasowitz.com | Ryan A. Schmid (Admitted *Pro Hac Vice*) |
| Marcus A. Barber (Admitted *Pro Hac Vice*) | KING & SPALDING LLP |
| mbarber@kasowitz.com | 1700 Pennsylvania Ave, NW, 2nd Floor |
| John W. Downing (Admitted *Pro Hac Vice*) | Washington, DC 20006-4707 |
| jdowning@kasowitz.com | Telephone: (202) 626-2938 |
| Heather S. Kim (Admitted *Pro Hac Vice*) | sbaskin@kslaw.com |
| hkim@kasowitz.com | plafferty@kslaw.com |
| Jack Shaw (Admitted *Pro Hac Vice*) | rschmid@kslaw.com |
| jshaw@kasowitz.com | |
| ThucMinh Nguyen (Admitted *Pro Hac Vice*) | D. Shane Brun (Admitted *Pro Hac Vice*) |
| tnguyen@kasowitz.com | KING & SPALDING LLP |
| KASOWITZ BENSON TORRES LLP | 601 California Avenue, Suite 100 |
| 333 Twin Dolphin Drive, Suite 200 | Palo Alto, CA 94304 |
| Redwood Shores, California 94065 | sbrun@kslaw.com |
| Telephone: (650) 453-5170 | Telephone: (415) 318-1245 |
| | |
| Paul G. Williams (Admitted *Pro Hac Vice*) | Angela Tarasi (Admitted *Pro Hac Vice*) |
| pwilliams@kasowitz.com | KING & SPALDING LLP |
| KASOWITZ BENSON TORRES LLP | 1400 16th Street |
| 1230 Peachtree Street N.E., Suite 2445 | 16 Market Square, Suite 400 |
| Atlanta, Georgia 30309 | Denver, CO 80202 |
| Telephone: (404) 260-6080 | Telephone: (720) 535-2319 |
| | atarasi@kslaw.com |
| Hershy Stern (Admitted *Pro Hac Vice*) | Brent P. Ray (Admitted *Pro Hac Vice*) |
| hstern@kasowitz.com | King & Spalding LLP |
| KASOWITZ BENSON TORRES LLP | 110 N Wacker Drive, Suite 3800 |
| 1633 Broadway | Chicago, IL 60606 |

JOINT STIPULATION OF DISMISSAL - 3
(CASE NO. 21-cv-123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

New York, NY 10019
Telephone: (212) 506-1794
hstern@kasowitz.com

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

Telephone: (312) 764-6925
bray@kslaw.com

**ATTORNEYS FOR DEFENDANT F5
NETWORKS, INC.**

JOINT STIPULATION OF DISMISSAL - 4
(CASE NO. 21-cv-123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of December, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION OF DISMISSAL - 5
(CASE NO. 21-cv-123-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900